1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4              **United States Bankruptcy Court**
               **Central District of California**
5

FILED
FEB 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

6                                    ) Chapter 13
                                     )
7  REGINE HELD                       ) Case No.: 8:05-bk-17346-TA
                                     )
8                                    ) **NOTICE OF UNCLAIMED DIVIDEND**
                                     ) **(Bankruptcy Rule 3011)**
9                                    )
                                     )
10                                   )
                                     )
11

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300678** in the sum of **$5.52**

14  representing an unclaimed dividend in the above-entitled Debtor's estate.

15  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and

16  address of the party entitled to said unclaimed dividend is as follows:

17     REGINE HELD
       3012 GARFIELD AVE
18     COSTA MESA, CA 926260000

19

20  Date: February 14, 2010
                                     Amrane Cohen, Chapter 13 Standing Trustee
21

22

23

24

25

26

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0517346 | REGINE HELD ACCT: | Claim: 00000 | XXX-XX-2788 | 5.52 | 0.00 | 5.52 |
| | | TOTALS | | 5.52 | 0.00 | 5.52 |

REGINE HELD

BALANCE:                    [0.00  13/00000]
SSN: XXX-XX-2788    SSN:
ACCT:                                      CASE: 0517346
PRINCIPAL:           5.52    INTEREST:         0.00

---

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300678

Feb 14, 2010

VOID 90 DAYS FROM DATE

*********$5.52

**PAY**    Five And 52 / 100 Dollars

**TO THE**       U.S. BANKRUTCY COURT (FISCAL DEPT.)
**ORDER OF**    255 E. TEMPLE STREET
                LOS ANGELES, CA  90012

⑆0300678⑆ ⑉061100790⑉ 000000575186 2⑈